**ALAN DEXTER BOWMAN, P.A.**
A Professional Corporation
ATTORNEY AT LAW
GATEWAY 1, SUITE 105
NEWARK, NEW JERSEY 07102

AREA CODE (973) 622-2225
FAX (973) 242-6768

ALAN DEXTER BOWMAN

January 3, 2011

Honorable Katherine S. Hayden, U.S.D.J.
U.S. Courthouse Building
50 Walnut Street
Newark, NJ 07101

    Re:    <u>United States v. Sadiel Gonzalez</u>
             <u>Docket No. 09-00709-001</u>

Dear Judge Hayden:

This letter is intended as a request for a two-week extension of time in which to file objections to the presentence Investigation Report. The request is rather complicated and I must visit defendant.

Please advise.

                                                Very truly yours,

                                                Alan Dexter Bowman

Cc: AUSA Rodney Villazor

*[Handwritten notation: So Ordered. No change to date of sentencing. /s/ Hayden, USDJ 1/5/10]*